PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

☒ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
4/25/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

**DOCKET NUMBER** (Tran. Court): 2:19CR00024-1

**DOCKET NUMBER** (Rec. Court): 2:25-cr-00107-JCM-MDC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ebony Cherelle Tafoya | Montana | Butte |
| | NAME OF SENTENCING JUDGE | |
| | US District Court Judge Dana L. Christensen | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 06/29/2022 — TO 06/28/2027 |

**OFFENSE**
21:841=CP.F  Class A Felony  CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Tafoya has remained in compliance with her conditions of supervision. She continues to reside in Las Vegas, Nevada and has significant ties to the community. Additionally, Ms. Tafoya has maintained full-time employment in the District of Nevada.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Montana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/23/2025
Date

/s/ Dana L. Christensen
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 1, 2025
Effective Date

/s/ James C. Mahan
United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Ebony Cherelle Tafoya
Case No.: To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

April 25, 2025

TO:   United States District Judge

On May 28, 2020, Ms. Tafoya was sentenced to 48 months imprisonment, followed by 5 years of supervised release for the offense of Possession With Intent to Distribute Methamphetamine in the District of Montana – Butte Division. On June 29, 2022, she commenced supervision in the District of Nevada.

On November 30, 2022, United States Probation Officer Kapanui in the District of Nevada submitted a Violation Report to the District of Montana outlying Ms. Tafoya's noncompliance. Specifically, violations with the random drug testing program and positive urinalysis samples. At this time, the District of Nevada did not request any Court action. Since then, Ms. Tafoya has remained in compliance with her conditions of supervision. She continues to reside in Las Vegas, NV, and has significant ties to the community. Additionally, Ms. Tafoya has maintained full-time employment in the District of Nevada.

In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Dana L. Christensen agreeing to relinquish jurisdiction of this case. Should Your Honor have any questions or concerns, please contact the undesigned officer at (702) 378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

*[Digitally signed by Zack Warner, Date: 2025.04.25 13:41:32 -07'00']*

Zachary Warner
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Ebony Cherelle Tafoya

Approved:

_____  Digitally signed by Steve Goldner
Date: 2025.04.25 13:20:12 -07'00'

Steve M Goldner
Supervisory United States Probation Officer